| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard H. Golubow – State Bar No. 160434<br>rgolubow@winthropcouchot.com<br>Garrick A. Hollander – State Bar No. 166316<br>ghollander@winthropcouchot.com<br>**WINTHROP COUCHOT**<br>**PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660<br>Telephone:  (949) 720-4100<br>Facsimile:   (949) 720-4111<br><br>Counsel for Debtor/Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>LOCAL CORPORATION, a Delaware corporation,<br><br>　　　　　Debtor and<br>　　　　　Debtor-in-Possession | |
| LOCAL CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IRON ENTERTAINMENT, INC.,<br><br>　　　　　Defendant. | CHAPTER 11<br><br>CASE NO. 8:15-bk-13153-SC<br><br>ADVERSARY NO. 8:16-ap-01158-CB<br><br>DATE:　　December 1, 2016<br>TIME:　　11:00 a.m.<br>PLACE:　Courtroom 5C<br>　　　　　411 West Fourth Street<br>　　　　　Santa Ana, CA 92701 |

**UNILATERAL STATUS REPORT**
**LOCAL BANKRUPTCY RULE 7016-1(a)(2)**

The Plaintiff submits the following UNILATERAL STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.　PLEADINGS/SERVICE:**

| | | | |
|---|---|---|---|
| 1. | Have all parties been served with the complaint/counterclaim cross-claim, etc. (Claim Documents)? | ☒ Yes | ☐ No |
| 2. | Have all parties filed and served answers to the Claims Documents? | ☐ Yes | ☒ No |
| 3. | Have all motions addressed to the Claims Documents been resolved? | ☐ Yes | ☒ No |
| 4. | Have counsel met and conferred in compliance with LBR Rule 7026-1? | ☐ Yes | ☒ No |

5.  If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:

    The Defendant has failed to respond to the complaint. The Plaintiff has obtained entry of default and filed a motion for entry of default judgment scheduled to be heard on December 1, 2016.

**B.  READINESS FOR TRIAL:**

1.  When will you be ready for trial in this case?

    <u>Plaintiff</u>: Unknown and inapplicable as the Plaintiff will move for entry of default judgment against Defendant.

2.  If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

    <u>Plaintiff</u>: See above.

3.  When do you expect to complete <u>your</u> discovery efforts?

    <u>Plaintiff</u>: N/A

4.  What additional discovery do you require to prepare for trial?

    <u>Plaintiff</u>: N/A

**C.  TRIAL TIME:**

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage, if applicable)?

    <u>Plaintiff</u>: N/A

2.  How many witnesses do you intend to call at trial (including opposing parties)?

    <u>Plaintiff</u>: N/A

3.  How many exhibits do you anticipate using at trial?

    <u>Plaintiff</u>: N/A

**D.  PRE-TRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

At this time, a pre-trial conference is unnecessary as default has been entered against the Defendant and Plaintiff has moved the Court for entry of default judgment.

**E.  SETTLEMENT:**

1.  What is the status of settlement efforts?  N/A

2.  Has this dispute been formally mediated?                        ☐ Yes    ☒ No

3.  Do you want this matter sent to mediation at this time?         ☐ Yes    ☒ No

F.  **FINAL JUDGMENT/ORDER**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in the adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of final judgment
and/or order in this adversary proceeding.

G.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:**  *(Use additional page if necessary.)*.


Dated:  November 17, 2016

**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**


By:    */s/ Richard H. Golubow*
          Richard H. Golubow
          Attorney for Debtor/Plaintiff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
660 Newport Center Dr., #400, Newport Beach, CA 92260

A true and correct copy of the foregoing document entitled: **UNILATERAL STATUS REPORT LOCAL BANKRUPTCY RULE 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 17, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On November 17, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 17, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service - Bin outside of Room 5097**
Honorable Catherine E. Bauer
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 17, 2016 | Melody Conour | /s/ Melody Conour |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Iron Entertainment**
**Attn: Corporate Officer**
**Block 4, Harcourt Centre**
**Harcourt Road**
**Dublin 2, IRELAND**

Iron Entertainment, Inc.
~~Attn: Corporate Officer~~
~~2021 Wilshire Blvd. #936~~
~~Los Angeles, CA 90024~~
6/27 – RTS, unable to forward

Iron Entertainment, Inc.
~~Attn: Corporate Officer~~
~~5525 Canoga Ave., #304~~
~~Woodland Hills, CA 91367~~
7/5 – RTS, unable to forward

Iron Entertainment, Inc.
Agent for Service of Process
Ira Goldstein
916 C. North Formosa Ave.
Los Angeles, CA 90046