1  RICHARD H. GOLUBOW – State Bar No. 160434
   rgolubow@winthropcouchot.com
2  GARRICK A. HOLLANDER – State Bar No. 166316
   ghollander@winthropcouchot.com
3  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
4  660 Newport Center Drive, Fourth Floor
5  Newport Beach, CA 92660
   Telephone:  (949) 720-4100
6  Facsimile:   (949) 720-4111

7  General Insolvency Counsel
   For Debtors and Debtor-in-Possesion
8

9

10               UNITED STATES BANKRUPTCY COURT
11               CENTRAL DISTRICT OF CALIFORNIA
12                      SANTA ANA DIVISION
13

| In re: | Case No. 8:15-bk-13153 SC |
|---|---|
| LOCAL CORPORATION, a Delaware corporation, | Chapter 11 Proceeding |
| | Adversary Proc. No. 8:16-ap-01158 SC |
| Debtor and Debtor-in-Possession. | **DECLARATION OF MELODY CONOUR RE SERVICE OF DEFAULT JUDGMENT (WITHOUT PRIOR JUDGEMENT)** |
| LOCAL CORPORATION, a Delaware corporation, | |
| Plaintiff, | |
| v. | |
| IRON ENTERTAINMENT, INC., | |
| Defendant. | |

-2-

227672

1

2    I, Melody Conour, declare and state:

3    I am employed as a legal secretary in the law offices of Winthrop Couchot Professional Corporation, general insolvency counsel to Local Corporation, a Delaware corporation, Inc., the Debtor and Debtor-in-Possession herein. I am over the age of eighteen years and not a party to this bankruptcy case. The matters stated herein are within my own personal knowledge and, if called as a witness, I could and would competently testify thereto.

8    On December 5, 2016, I served a true and correct copy of each of the following:

9    - **DEFAULT JUDGEMENT (WITHOUT PRIOR JUDGMENT) [Docket No. 25]**

Via U.S. Mail on the parties listed on Exhibit "1" attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January 2017, at Newport Beach, California.

*/s/ Melody Conour*

MELODY CONOUR

# Exhibit "1"

Iron Entertainment, Inc.
Attn: Corporate Officer
5525 Canoga Ave., #304
Woodland Hills, CA 91367

Iron Entertainment, Inc.
Agent of Service of Process
Ira Goldstein
916 C. North Formosa Ave.
Los Angeles, CA 90046

Iron Entertainment, Inc.
Attn: Corporate Officer
2021 Wilshire Blvd. #936
Los Angeles, CA 90024

Iron Entertainment
Attn: Corporate Officer
Block 4, Harcourt Centre
Harcourt Road
Dublin 2, IRELAND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled **DECLARATION OF MELODY CONOUR RE SERVICE OF DEFAULT JUDGMENT (WITHOUT PRIOR JUDGEMENT)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 11, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 11, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service - Bin outside of Room 5097**
Honorable Scott C. Clarkson
Ronald Reagan Federal Bldg.
411 W. Fourth St.
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2017 | Melody Conour | /s/ Melody Conour |
|---|---|---|
| Date | Printed Name | Signature |